UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BEVIN WANG,

        Plaintiff,

   v.

ALLIED INSURANCE and
DOES 1 through 20,
inclusive,

        Defendants.
_____/

NO. CIV. S-10-1086 LKK/JFM

O R D E R

    Defendant AMCO Insurance Company in the above captioned case filed a motion for summary judgment, which is set to be heard on March 14, 2011. Pursuant to Local Rule 230(c), plaintiff Bevin Wang's opposition or statement of non-opposition was due on February 28, 2011. Plaintiff has not filed an opposition or a statement of non-opposition.

    Based on the above, the court ORDERS as follows:

    1. Counsel for plaintiff is hereby ORDERED TO SHOW CAUSE in writing why sanctions should not issue in accordance with Local Rule 110, including a fine of $150 and/or

1

1  dismissal of this case, for their failure to file an
2  opposition or statement of non-opposition to the
3  motions. See also Fed. R. Civ. P. 41(b), Link v. Wabash
4  R.R., 370 U.S. 626, 633 (1962). Counsel shall file a
5  response to this order to show cause no later than March
6  14, 2011.
7  2. Hearing on defendant's motion for summary judgment (Doc.
8  No. 11) is CONTINUED to March 28, 2011 at 10:00 a.m.
9  3. Plaintiff shall file and serve his opposition or
10  statement of non-opposition on or before March 14, 2011.
11  Defendant may file and serve a reply no later than March
12  21, 2011.
13  IT IS SO ORDERED.
14  DATED: March 3, 2011.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2