UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BEVIN WANG,

         Plaintiff,

    v.

ALLIED INSURANCE and
DOES 1 through 20,
inclusive,

         Defendants.
                                    /

NO. CIV. S-10-1086 LKK/JFM

O R D E R

On March 4, 2011, the court ordered plaintiff to show cause why sanctions, including a fine of $150 and/or dismissal of the case, should not issue for her counsel's failure to timely file an opposition or statement of non-opposition to defendants' motion for summary judgment. See Doc. No. 19. Counsel for plaintiff filed a response to the order to show cause on March 14, 2011. Counsel declared that his staff incorrectly calendared the motion.

Also on March 14, 2011, plaintiff filed his opposition and related documents to the motion for summary judgment. His response to defendant's statement of undisputed facts failed to comply with

1

the Local Rules of this district. Specifically, "Any party opposing a motion for summary judgment or summary adjudication shall reproduce the itemized facts in the Statement of Undisputed Facts and admit those facts that are undisputed and deny those that are disputed, including with each denial a citation to the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission, or other document relied upon in support of that denial." L.R. 260(b). Plaintiff's response did not reproduce defendant's itemized facts. Further, plaintiff's filing did not include a response to facts numbered one through six.

For the foregoing reasons, the court ORDERS as follows:

(1) No good cause shown in response to the March 4, 2011 order to show cause, the court hereby ORDERS that counsel for plaintiff is SANCTIONED in the amount of one hundred and fifty ($150.00) dollars. This sum shall be paid to the Clerk of the Court no later than thirty (30) days from the date of this order. Counsel shall file an affidavit accompanying the payment of this sanction which states that it is paid personally by counsel, out of personal funds, and is not and will not be billed, directly or indirectly, to the client or in any way made the responsibility of the client as attorneys' fees or costs.

(2) Counsel for plaintiff is FURTHER ORDERED TO SHOW CAUSE in writing why sanctions should not issue in accordance with Local Rule 110, including a fine of $150 and/or

1      dismissal of this case, for his failure to comply with
2      Local Rules in opposing defendant's motion for summary
3      judgment. <u>See also</u> Fed. R. Civ. P. 41(b), <u>Link v. Wabash</u>
4      <u>R.R.</u>, 370 U.S. 626, 633 (1962). Counsel shall file a
5      response to this order to show cause no later than March
6      24, 2011.
7  (3) Plaintiff shall electronically file a complete response
8      to defendant's undisputed facts that complies with
9      Eastern District Local Rules within two (2) days of the
10     issuance of this order.
11 IT IS SO ORDERED.
12 DATED:  March 17, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3